# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

2006 MAY 23 P 3:09

MAY 1 6 2006

_Angela Taft_____,
Plaintiff,

v.

Case No. _3:06-CV-803(AWT)_
(To be supplied by the Court)

_Yale University_____,
Defendant(s).

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

1. Plaintiff resides at the following location: _91 Carmel St._____

2. Defendant(s) reside(s) at the following location [Attach additional sheets if more space is required]: _____

3. This action is brought pursuant to [Check all spaces that apply to the type of claim(s) you wish to assert against the Defendant(s)]:

☑ Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq., for employment discrimination on the basis of race, color, religion, sex, or national origin. Jurisdiction is specifically conferred on this Court by 42 U.S.C. § 2000e-5(f). Equitable and other relief is sought under 42 U.S.C. § 2000e-5(g) and the Civil Rights Act of 1991, 42 U.S.C. § 1981a.

☐ Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, et seq., for employment discrimination based upon age. Jurisdiction is alleged pursuant to 28 U.S.C. §§ 1331, 1337, and/or 1343. Equitable and other relief is sought under 29 U.S.C. §§ 626(b) and (c) or §§ 633a(b) and (c).

My Date of Birth is: _3-5-65_.

☐ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, et seq., for employment discrimination on the basis of a disability against an employer which

constitutes a program or activity receiving Federal financial assistance. Jurisdiction is asserted under 28 U.S.C. §§ 1331, 1337 and/or 1343. Equitable and other relief is sought under 29 U.S.C. § 794a.

___ Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, et seq., for employment discrimination on the basis of a disability against a private employer. Jurisdiction is specifically conferred on this Court by 42 U.S.C.§ 2000e-5(f). See 42 U.S.C. § 12117(a). Equitable and other relief is sought pursuant to 42 U.S.C. § 2000e-5(g). Id.

4. The acts complained of in this suit concern [Check all spaces that are applicable to your claim(s)]:

(A) ___ Failure to hire me. I was refused a job on the following date(s): _____.

(B) ✓ Termination of my employment. I was terminated from my employment on the following date: 1-14-05.

(C) ___ Failure to promote me. I was refused a promotion on the following date(s): _____.

(D) ___ Other acts as specified below:

I came back on a slip, and I will further explain when given the opportunity it's very hurtful & long explaining

5. The conduct of the Defendant(s) was discriminatory because it was based upon: race [ ], color [ ], religion [ ], sex [ ], age [ ], national origin [ ] or disability [ ]. [Please check all applicable bases for your claim of discrimination and explain further, if necessary]: I really have no idea why I was fired. I can only assume it was the slip.

2

6. The facts surrounding my claim of employment discrimination are as follows [Attach additional sheets, if necessary]:

I lost my son, I was pregnant also going through housing issues when I was let go at my job, I know I was doing my job to the best of my knowledge I can't understand why I was let go I know and believe I was very respectful and a good worker.

7. The approximate number of persons who are employed by the Defendant employer I am suing is: _____.

8. The alleged discrimination occurred on or about the following date(s) or time period: 2 wks prior to my termination on 1-14-05

9. I filed charges with the:

    [X] Equal Employment Opportunity Commission

    [✓] Connecticut Commission on Human Rights and Opportunities

10. The Equal Employment Opportunity Commission issued a Notice of Right to Sue letter **(copy attached)**, which I received on or about the following date: _____.

**[NOTE:** If you filed charges with the EEOC or the CHRO, you **MUST** attach a copy of the Notice of Right to Sue letter for this Court to consider your claim(s). Failure to do so may result in delaying consideration of your claim(s).]

3

11.     The EEOC or the CHRO determined that there was no probable cause to believe that discrimination occurred. My reasons for questioning that determination are as follows [Attach additional sheets, if necessary]: _As a Casual at Yale I lost my son I never had the chance to grieve I was going through difficult time but still wanted to manage to support my family to want and needed my job_

12.     If relief is not granted, I will be irreparably denied rights secured under the law(s) referred to in Item Number 3, above.

13.     WHEREFORE, Plaintiff(s) pray(s) that:

The Court grant such relief as may be deemed appropriate, including [**NOTE:** While all of the forms of relief listed below may not be available in a particular action, you should place a check next to each form of relief you seek.):

    ___  Injunctive orders (specify the type of injunctive relief sought): _____
    _____;

    ___  Backpay;

    ___  Reinstatement to my former position;

    ___  Monetary damages (specify the type(s) of monetary damages sought): __
    _____;

    ___  Other (specify the nature of any additional relief sought, not otherwise provided for on this form): _I would like to work ~~Cust~~ Custodian_____;

    AND costs and attorneys' fees.

4

## JURY DEMAND

I hereby DO _____ DO NOT _____ demand a trial by jury.

_____          _____
Original signature of attorney (if any)          Plaintiff's Original Signature

_____          _____
Printed Name                                                    Printed Name

                                                                        Angela Toft
_____          _____
                                                                        91 Carmel St.
( )                                                                      ( )
_____          _____
Attorney's full address and telephone          Plaintiff's full address and telephone

_____          _____
Email address if available                              Email address if available

Dated: _____

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct. 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at _____New Haven Ct_____ on ___5-16-06_____.
                         (location)                                    (date)

                                                                _____
                                                                Plaintiff's Original Signature

(Rev. 8/25/04)

5